IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA McNABOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INC., a Delaware Corporation; and LOCAL 5 OF THE UNITED FOOD AND COMMERCIAL WORKERS; and Does 1-50,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | Case No. CV 13-04174 SI<br><br>**ORDER RE: EXTENSION OF TIME AND CONTINUED HEARING DATE** |

Now before the Court is plaintiff Laura McNaboe's motion for extension of time to file her opposition to defendant Safeway, Inc. ("Safeway")'s motion to dismiss and to continue the hearing date on Safeway's motion. Docket No. 20. For good cause shown, the Court GRANTS Plaintiff's motion. The Court continues the hearing on defendant Safeway's motion to dismiss from November 15, 2013 to **December 6, 2013** at **9:00 a.m.**[1] Plaintiff must file her opposition by **November 15, 2013**. Defendant Safeway must file its reply by **November 22, 2013**.

**IT IS SO ORDERED.**

Dated: October 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court declines to continue the hearing to December 16, 2013 or later.