**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10 | LAURA McNABOE,

Case No. CV 13-04174 SI

Plaintiff,

11

**ORDER RE: EXTENSION OF TIME AND CONTINUED HEARING DATE**

v.

12

13 | SAFEWAY INC., a Delaware Corporation; and LOCAL 5 OF THE UNITED FOOD AND COMMERCIAL WORKERS; and Does 1-50,

14

Defendants.

15                                                        /

16

17    Now before the Court is plaintiff Laura McNaboe's motion for extension of time to file her

18 opposition to defendant Safeway, Inc. ("Safeway")'s motion to dismiss and to continue the hearing date

19 on Safeway's motion.  Docket No. 20.  For good cause shown, the Court GRANTS Plaintiff's motion.

20 The Court continues the hearing on defendant Safeway's motion to dismiss from November 15, 2013

21 to **December 6, 2013** at **9:00 a.m.**[1]  Plaintiff must file her opposition by **November 15, 2013**.

22 Defendant Safeway must file its reply by **November 22, 2013**.

23

24    **IT IS SO ORDERED.**

25

26 Dated: October 28, 2013

SUSAN ILLSTON
United States District Judge

27
28

---

[1] The Court declines to continue the hearing to December 16, 2013 or later.