IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA McNABOE,<br><br>   Plaintiff,<br><br>   v.<br><br>SAFEWAY INC., et al.,<br><br>   Defendants.<br>_____/ | No. C 13-04174 SI<br><br>**ORDER STAYING CASE** |

In light of plaintiff counsel's declaration of November 15, 2013 (Docket No. 25, at 8), stating that the parties have agreed to arbitrate plaintiff's grievance on January 7, 2014, the Court hereby STAYS the case pending the outcome of the scheduled arbitration. Accordingly, the hearing and case management conference set for December 13, 2013 are VACATED. The parties are ORDERED to update the Court regarding the outcome of the scheduled arbitration not later than **January 31, 2014.**

**IT IS SO ORDERED.**

Dated: December 2, 2013

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE