IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA McNABOE, | No. C 13-04174 SI |
| Plaintiff, | **ORDER TO FILE JOINT STATUS REPORT** |
| v. | |
| SAFEWAY INC., et al., | |
| Defendants. | |

On December 2, 2013, this action was stayed pending the outcome of the parties' scheduled arbitration. On January 31, 2014, the parties reported that the arbitration had not been completed but that a further evidentiary hearing was scheduled for March 25, 2014.

The parties are ORDERED to file, not later than **April 15, 2014,** a joint statement updating the Court on the status and/or outcome of the scheduled arbitration

**IT IS SO ORDERED.**

Dated: April 8, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE