UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA McNABOE,

    Plaintiff,

    v.

SAFEWAY INC., et al.,

    Defendants.

Case No. 13-cv-04174-SI

**ORDER LIFTING STAY**

In light of United Food and Commercial Worker's Union Local 5 and Safeway Inc.'s recent status reports, Docket Nos. 39 and 40, the Court hereby **LIFTS** the stay in the present action. The Court will conduct a Status Conference on **Friday, May 8, 2015 at 3:00 pm**. On or before May 1, 2015, the parties are **ORDERED** to file a Joint Status Report.

**IT IS SO ORDERED.**

Dated: April 22, 2015

SUSAN ILLSTON
United States District Judge