UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCNABOE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC., et al.,<br><br>    Defendants. | Case No.  3:13-cv-04174-SI<br><br>**DISCHARGE OF ORDER TO SHOW CAUSE** |

Counsel for plaintiff failed to appear at the Case Management Conference held on October 15, 2015, and the Court indicated that it would issue an order to show cause requiring an explanation for the failure. Since then, plaintiff's counsel provided a satisfactory explanation for her absence. See Dkt. 56. Accordingly, the order to show cause is discharged.

**IT IS SO ORDERED.**

Dated:   October 20, 2015

_____

SUSAN ILLSTON
United States District Judge