United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6

7    LAURA MCNABOE,                          Case No. 13-cv-04174-SI

              Plaintiff,
8
9         v.                                 **ORDER ON REMAINING CAUSE OF
                                             ACTION**
10   SAFEWAY INC., et al.,
                                             Re: Dkt. Nos. 1, 62, 69
              Defendants.
11

12        By order of this Court all of plaintiff's claims against defendant Safeway have been

13   dismissed with prejudice.  Dkt. 1, 69.  A cause of action for Unlawful Discharge and Breach of

14   Union's Duty of Fair Representation against defendant Local 5 of the United Food and

15   Commercial Workers ("Union") remains.  *See* Dkt. 1 at 10-11; Dkt. 69 at 5-7.

16        Plaintiff's supplemental brief on this issue conceded that "it may be appropriate to

17   withdraw the First Cause of Action and dismiss Union at this juncture."  Dkt. 61 at 3.  And

18   Union's response to plaintiff's supplemental brief asked this Court to *sua sponte* issue an order

19   dismissing this remaining cause of action.  *See* Dkt. 62 at 2.  Union argued, in a single paragraph

20   with no reference to the record in this case, that

21        [It] aggressively represented Ms. McNaboe.  It won everything after five days of
          difficult arbitration. Ms. McNaboe chose not to return to work.  The Union then
22        had to fight aggressively over back pay issues.  The Arbitrator finally issued a
          decision requiring Safeway to pay a specified amount.  The Union fully anticipates
23        that Safeway will comply with that requirement.  If Safeway doesn't, the Union
          will pursue that with Safeway.
24
25   *Id.* at 1.

26        To date, no party has moved or formally stipulated to dismiss Union from this case.  The

27   Court has found that no future amendment to plaintiff's complaint would overcome the applicable

28   six-month statute of limitations that governs a claim for breach of duty of fair representation.  Dkt.

69 at 5-7; *see also* 29 U.S.C. 160(b); *DelCostello v. International Brotherhood of Teamsters*, 462 U.S. 151, 165-169 (1983).

The parties are therefore ordered to meet and confer **and file a joint statement no later than January 25, 2016** advising this Court of the appropriate resolution concerning Union's involvement in this case.

**IT IS SO ORDERED**.

Dated:  January 14, 2016

_____
SUSAN ILLSTON
United States District Judge