1  DAVID A. ROSENFELD, Bar No. 058163
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501
   Telephone  (510) 337-1001
4  Fax  (510) 337-1023
   E-Mail:  drosenfeld@unioncounsel.net
5
   Attorneys for Defendant UNITED FOOD AND COMMERCIAL
6  WORKERS UNION LOCAL 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAURA MCNABOE, | No. 3:13-cv-04174 SI |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 5, and SAFEWAY INC., | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff, Laura McNaboe and Defendant, United Food and Commercial Workers Union, Local 5 and Safeway, Inc. that United Food and Commercial Workers Union, Local 5 may be dismissed with prejudice from this action. United Food and Commercial Workers Union, Local 5 will bear its own costs and fees.

IT IS SO AGREED:

DATE:  January 25, 2016          /s/ Margaret M. Weems
                                 MARGARET M. WEEMS
                                 WEEMS LAW OFFICES
                                 Attorneys for Plaintiff, LAURA MCNABOE,


DATE:  January 25, 2016          /s/ David A. Rosenfeld
                                 DAVID A. ROSENFELD
                                 WEINBERG, ROGER & ROSENFELD
                                 Attorneys for Defendant, UFCW, LOCAL 5


DATE:  January 25, 2016          /s/  Theodora R. Lee
                                 THEODORA R. LEE
                                 LITTLER MENDELSON, P.C.
                                 Attorneys for Defendant, SAFEWAY, INC.

1

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
Case No. 3:13-cv-04174 SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCNABOE,,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 5, and SAFEWAY INC.,<br><br>        Defendants. | No. 3:13-cv-04174 SI<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED:

    Defendant, United Food and Commercial Workers, Local 5 is hereby dismissed with prejudice from this action.

Dated: _____Jan. 26\_\_, 20\_16      By: _____/s/ Susan Illston_____
                                                 HON. SUSAN ILLSTON
                                                 United States District Judge

135156/844014

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001